Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
## for the
EASTERN District of LOUISIANA

_____ Division

Shentell Guillot
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Edgardo Castro, William Meetz, Steven Adodie
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 17-6117
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes  ☐ No

SECT. F  MAG. 4

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

___ Fee Pauper
___ Process
 X  Dktd
___ CtRmDep
___ Doc. No.___   Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Shentell Guillot
Address: 1501 apt C Bienville St
City: new orleans   State: LA   Zip Code: 70112
County: Orleans
Telephone Number: 504-909-8913
E-Mail Address: shentellbaby@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Edgardo Castro
Job or Title (if known): Detective
Address: 1233 Westbank Expressway
City: Harvey   State: LA   Zip Code: 70058
County: Jefferson
Telephone Number: 504-363-5500
E-Mail Address (if known): Pio2@jpso.com
[X] Individual capacity   [ ] Official capacity

Defendant No. 2
Name: William Meetz
Job or Title (if known): Detective
Address: 1233 Westbank expressway
City: Harvey   State: LA   Zip Code: 70058
County: Jefferson
Telephone Number: 504-363-5500
E-Mail Address (if known): Pio2@jpso.com
[ ] Individual capacity   [X] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: Steven Adadie
Job or Title (if known): Sargent
Address: 1233 Westbank expressway
City: Harvey
State: LA
Zip Code: 70058
County: Jefferson
Telephone Number: 504-363-5500
E-Mail Address (if known): Pio2@jpso.com

[ ] Individual capacity  [✓] Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Address:

City  State  Zip Code

County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [ ] Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Sexual assault, Illegal Search and seizure, forcible entry no maranda rights read and forced to get naked

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

my civil rights have been violated

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

155 1/2 louisiana st westwego LA 70094

B. What date and approximate time did the events giving rise to your claim(s) occur?

6/24/16

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I met a man online and asked him was he a cop he said no talked on the phone with him for about 5 days gave him my address he came over in 10 mins I heard my dogs barking while in the tub put on a towel and opened the door he came inside I said let me go put some clothes on he said he wants to see whats under the towel he touched my breast without my permisson and asked to use my bathroom I heard him call someone sayin its all good he than stands in front of me with his penis on hard and put $150 on my sofa, right after that I heard a knock at my door open my door it was two males saying they were cops and forced themselves in my house

they said they want the dope i said i have weed which was two grams and medical paper work for it they said we dont care about your weed we want the dope I said i dont have any dope they searched my room without my permisson one officer made me stay on my sofa eventhoug i tried to record on my phone what was going on he threated me and took my phone only after searching my room not finding any dope they told me your going to jail the man off the website which claims its legal acted like a regular person the cops asked for his id than he started saying he is a cop I was entraped treated badly they made me take off my towel and get naked in front of them even though I said its against my rights cause they were all men can they call a female officer to watch me put my clothes on they said no one stod behind me folded his arms and said he has to watch me so i had no choice but to get naked from my towel and put on clothes to go to jail they had no warrent when they came to my house and forced themselves in

I begged them could I call some people of 6 one to get my dogs which i have paper work from a doctor saying i need my dog for my disabilty they said fuck them dogs they are not human my dogs could have died I didnt know how long I was going to Jail they later knock on the lady next doors door and she was in her under wear they pulled her out of her house and twisted her ankle by man handeling her and said she was a hooker the man I met online said hes putting me in his car which was a tan Acura and took me to Jail he didnt read me my rights while being hand cuffed I told him about it than he tried to say you have the right and I said nope its to late for that you were supposed to read me my rights before u handcuffed me he was quiet than I told him I feel I have done nothing wrong and he said I should not be a hooker I said

theres nothing wrong with being pampered he takes me to jail I get out 18 hours later get put on probation did not have a fair trail I have been diagnosed with post tramatic stress dissorder, extreme panic attacks, depression and bulimia lost 20 pounds in a month in a half after this happen I have papers from three doctors stating this and two were seeing me way before this happend to me I was hit by a cop car while walking thats why im disabled won my case and got bullied by the same police force Jefferson parrish for years im tired of this and want my justice and dont feel safe in Jp so I moved to orleans parrish

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

PSTA, Extreme depression panic attacks, and bulima

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

2 million dollars for my stress diagnose for all the wrong that has been done to me and I will never be the same mentaly

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/23/17

Signature of Plaintiff: Shentell Guillot
Printed Name of Plaintiff: Shentell Guillot

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
_____
         City         State      Zip Code
Telephone Number _____
E-mail Address _____